IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                              Criminal No. 2:25-cr-278

LIANA BITTNER

## INFORMATION MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and William B. Guappone, Assistant United States Attorney for said District, and submits this Information Memorandum to the Court:

## I. THE INFORMATION

A one-count Information was filed against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Receipt and Delivery of Misbranded Drugs<br>In and around January 2024 through in and around July 2024 | 21 U.S.C. §§ 331(c) and 333(a)(1) |

## II. ELEMENTS OF THE OFFENSE

**A.      As to Count 1:**

In order for the crime of Receipt and Delivery of Misbranded Drugs, in violation of 21 U.S.C. §§ 331(c) and 333(a)(1), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1.      The defendant received a drug in interstate commerce;

2. The drug was adulterated or misbranded; and

3. The defendant thereafter delivered or proffered delivery of the drug.

### III. PENALTIES

**A.** **As to Count 1: Receipt and Delivery of Misbranded Drugs (21 U.S.C. §§ 331(c) and 333(a)(1)):**

1. A term of imprisonment of not more than one year;

2. A fine of not more than the greater of $100,000, or an alternative fine in the amount of twice the pecuniary gain from the offense, unless imposition of this alternative fine would unduly complicate the sentencing process; and

3. A term of supervised release of not more than one year.

### IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $25 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V. RESTITUTION

Not applicable in this case.

### VI. FORFEITURE

Not applicable in this case.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ William B. Guappone*
WILLIAM B. GUAPPONE
Assistant U.S. Attorney
NC ID No. 46075