IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        )
                                 )
        v.                       )
                                 )    Criminal No.  25-278
LIANA BITTNER,                   )
                                 )
        Defendant.               )

## ARRAIGNMENT PLEA

AND NOW, the defendant,
LIANA BITTNER, being arraigned
in the above-entitled case,
pleads GUILTY to count 1
of the information in open court
this 4th day of December, 2025.

_____
                Defendant

_____
                Attorney